UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04601-SVW-MAA | Date | October 3, 2023 |
|---|---|---|---|
| Title | Michael Rhambo v. Alicia Cabarez | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

On September 13, 2023, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution.

On September 20, 2023, the Court received plaintiff's response to the Order to Show Cause.

Upon review and consideration of plaintiff's response, the case is dismissed, without prejudice, because plaintiff did not show good cause for failing to serve the defendant.

Initials of Preparer    PMC